

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2019

No. 04-19-00053-CR

Robert **GARCIA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13227
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on May 2, 2019. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to June 3, 2019. On June 4, 2019, the appellant's second motion for extension of time was granted, extending the deadline for filing the brief to July 3, 2019. This court's order stated, "**<u>THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED</u>**."

The appellant's brief has not been filed. Appellant's attorney is ORDERED to respond to this court in writing within ten days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response within ten days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2019.



KEITH E. HOTTLE,
Clerk of Court